AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

/0027076

United States of America
v.
GARETH DAVID LONG
*Defendant*

Case No. 2:16-cr-71

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GARETH DAVID LONG

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 - Wire Fraud
18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft
18 U.S.C. § 1957(a) - Money Laundering

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

March 9, 2016   Las Vegas, Nevada
DATE

### Return

This warrant was received on *(date)* 03/09/2016, and the person was arrested on *(date)* 03/10/2016
at *(city and state)* LAS VEGAS, NV

Date: 03/10/2016

*Arresting officer's signature*

for
USPS
*Printed name and title*