DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRANE M. POMERANTZ
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.: 2:16-cr-00071-APG-PAL<br>) |
| v. | ) **NOTICE OF CHANGE OF ADDRESS**<br>) |
| GARETH LONG, | )<br>) |
| Defendant. | )<br>) |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court Crane M. Pomerantz, Assistant United States Attorney, pursuant to Local Rule 5005(d)(1), hereby submits notification that the physical and mailing address for the United States Attorney's Office has changed. Any and all future communications should be addressed at:

>    CRANE M. POMERANTZ
>    United States Attorney's Office
>    501 Las Vegas Blvd. South
>    Suite 1100
>    Las Vegas, NV 89101

///

///

///

There is no change to telephone numbers or email addresses. This change is effective immediately.

DATED this 20th day of April, 2016.

Respectfully,

/s/ Crane M. Pomerantz
CRANE M. POMERANTZ
Assistant United States Attorney
District of Nevada

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **Notice of Change of Address** was served upon counsel of record, via Electronic Case Filing (ECF).

Dated this 20th day of April, 2016.

/s/ Pamela J. Mrenak
PAMELA J. MRENAK
Legal Assistant