UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:16-cr-00071-APG-PAL-1 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE ANDREW P. GORDON |
| | ) | ORDER REGARDING TRIAL |
| | ) | |
| GARETH DAVID LONG, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

1. Attached hereto is a list of the civil and criminal cases that are presently scheduled for the stacked trial calendar before the **Honorable Andrew P. Gordon, United States District Judge, at Las Vegas, Nevada**, commencing on **Monday, May 16, 2016 at 9:00 a.m.** in Courtroom Number 6C.

2. Counsel for all parties in civil and criminal cases, and all *pro se* parties, shall appear in Courtroom Number 6C on **Wednesday, May 11, 2016 at 8:45 a.m.** for Calendar Call. Unless a party in a civil case or a defendant in a criminal case is appearing *pro se*, the individual parties in civil cases and defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3. **At Calendar Call**, all cases that remain to be tried will be ranked in order of trial. The Court may schedule a final Pretrial Conference to address outstanding issues including any pending Motions *in Limine.* Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the Courtroom Administrator.

4. **CHANGE OF PLEA HEARINGS IN CRIMINAL CASES**. Hearings for the purpose of **change of plea** in criminal cases will be set for **CALENDAR CALL** unless otherwise scheduled. It shall be the *joint* responsibility of counsel for the United States and for the Defendant to ensure that the plea agreement is emailed to the Courtroom Administrator at Melissa_Johansen@nvd.uscourts.gov and a copy faxed to chambers at 702-868-4941 by **4:00 p.m.** at least two days prior to when the plea of guilty or *nolo contendere* is to be taken. The original plea agreement shall be provided to the Courtroom Administrator prior to the commencement of the hearing. It shall further be the responsibility of counsel for the United States to ensure that any necessary Produce Orders or Writs of Habeas Corpus Ad Prosequendum are timely delivered to the United States Marshal to ensure the presence of all in-custody defendants for change of plea, and to ensure proper notification for the attendance of any Court interpreter which may be required for the particular case.

5. **WITNESSES**. Counsel and any parties appearing *pro se* shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as some cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call.

6. **USE OF EVIDENCE DISPLAY EQUIPMENT**. Counsel wishing to utilize the Court's evidence display equipment must contact the Courtroom Administrator ***prior to Calendar Call*** to determine its availability and to arrange for training, if needed.

7. **EXHIBITS**. **At Calendar Call**, any party appearing *pro se* shall file with the Courtroom Administrator in every civil and criminal case *a complete* exhibit list of all exhibits that are intended to be used during the trial. **No later than noon (12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* their complete exhibit list. *Numerals* shall be used to identify all exhibits. Plaintiff's exhibits shall be marked 1 through 500. Defendant's exhibits shall be marked 501 through 1000. The exhibits list format shall conform to the requirements of the form provided by the Courtroom Administrator or obtained from the Court's website: *www.nvd.uscourts.gov*.

***Each exhibit shall be pre-marked with an exhibit sticker.*** In any case which involves fifteen or more document exhibits, the pre-marked exhibits shall be placed in a loose-leaf binder behind a tab noting the number of each exhibit, and each exhibit shall be pre-marked with an exhibit sticker. The binder shall be clearly marked on the front and side with the case caption and number and the sequence of exhibits. If oversized binders are used, the holes in the documents shall be large-sized so that the pages may be easily turned. At the commencement of trial, counsel shall provide the Courtroom Administrator with the binder containing the exhibits and a courtesy set for the trial judge. *If it is necessary to use more than three binders, the party shall contact the Courtroom Administrator **prior to Calendar Call for additional directives.***

8. **PROPOSED JURY VOIR DIRE QUESTIONS**. **At Calendar Call**, any party appearing *pro se* shall file with the Courtroom Administrator an original and one copy of any proposed jury voir dire questions which they request the Court to pose to prospective jurors at the time of jury selection. **No later than noon (12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* their proposed jury *voir dire* questions.

9. **WITNESS LISTS**. **At Calendar Call**, any party appearing *pro se* shall file with the Courtroom Administrator a list of witnesses expected to be called. **No later than noon (12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* a list of witnesses expected to be called for use by the Court during jury selection.

10. **STATEMENT OF THE CASE.** **At Calendar Call,** any party appearing *pro se* in a civil case shall file with the Courtroom Administrator a brief statement of the case, no longer than one-half page, stating the nature of the claims, to be read to prospective jurors at the time of jury selection. **No later than noon (12:00 p.m.) on the day of Calendar Call** *counsel shall electronically file* a ***joint*** brief statement of the case. In a criminal case, a copy of the Indictment indicating which portions should be read to the jury should be submitted to the Courtroom Administrator **at Calendar Call**.

11. **JURY INSTRUCTIONS IN CRIMINAL CASES**. **No later than noon (12:00 p.m.) on the day of Calendar Call**, *counsel are required to electronically file* proposed jury instructions **and email a copy in Word format to chambers** at APG_Chambers@nvd.uscourts.gov.

The parties are further advised that the undersigned district judge has developed his own "stock" or "general" jury instructions drawn principally from the **Manual of Model Criminal Jury Instructions for the Ninth Circuit.** Proposed Instructions submitted by counsel need not include the Court's "stock" jury instructions. Therefore, the efforts of the parties in preparing the jury instructions in compliance with this Order should be focused on developing special jury instructions which relate to the particular case at issue. All proposed jury instructions submitted by the parties should be concise, understandable, and _neutral_ statements of law. Argumentative jury instructions are improper, will not be given, and should not be submitted.

12. **GOVERNMENT'S TRIAL MEMORANDUM**.  In all criminal cases, the United States shall submit its original **Government's Trial Memorandum** under seal **at Calendar Call** and shall also provide a reading copy for the Court.  The Government's Trial Memorandum shall be served on counsel for Defendant(s) on the date of trial prior to trial commencement and will be unsealed and filed by the Court at that time. Defense counsel may file a Trial Memorandum.  Should defense counsel elect to do so, that Trial Memorandum shall be filed and served upon the Government's counsel prior to the defense commencing its side of the case.

13. **JURY INSTRUCTIONS IN CIVIL CASES**.  In all civil cases to be tried before a jury, counsel and any parties appearing _pro se_ are required to file one set of _jointly_ agreed-upon jury instructions and form of verdict **no later than noon (12:00 p.m.) on the day of Calendar Call**. Additionally, counsel shall **email a copy of all proposed jury instructions in Word format to chambers** at APG_Chambers@nvd.uscourts.gov.  To meet this requirement, the parties are required to file their individual proposed jury instructions and serve those upon each other **_at least two weeks prior to trial,_** and to thereafter confer to arrive at a single set of jointly agreed upon jury instructions. To the extent the parties are unable to agree as to the form of any particular instruction(s), each party shall also file the jury instruction(s) which are not agreed upon, together with the respective arguments and authorities in support of each.

The parties are further advised that the undersigned district judge has developed his own "stock" or "general" jury instructions drawn principally from the **Manual of Model Civil Jury Instructions for the Ninth Circuit.**  Proposed instructions submitted by counsel need not include

the Court's "stock" instructions. Therefore, the efforts of the parties in preparing the jury instructions in compliance with this Order should be focused on developing special jury instructions which relate to the particular claims and defenses at issue, as well as those relating to damages and any special evidentiary matters pertinent to the case.  All proposed jury instructions submitted by the parties should be concise, understandable, and _neutral_ statements of law. Argumentative jury instructions are improper, will not be given, and should not be submitted.

14**. TRIAL BRIEFS, PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CIVIL CASES.**  Any party appearing *pro se* shall file an original and two copies of a trial brief in all civil cases **at Calendar Call**.  In all civil cases to be tried before the Court sitting without a jury, any party appearing *pro se* shall additionally file an original and two copies of proposed Findings of Fact and Conclusions of Law **at Calendar Call**.  **No later than noon (12:00 p.m.) on the day of Calendar Call,** *counsel shall electronically file* their trial brief. Additionally, in all civil cases to be tried before the Court sitting without a jury, the parties shall electronically file proposed Findings of Fact and Conclusions of Law **no later than noon (12:00 p.m.) on the day of Calendar Call**.

15.  **EXPEDITED OR DAILY TRANSCRIPTS.** Any party that will require expedited or daily transcripts shall ***notify the Court Reporter, Heather Newman, at 702-464-5828*** _**immediately upon receipt of this order.**_ **Failure to timely notify the Reporter  may result in the refusal to provide expedited or daily transcripts.**

16.  **SANCTIONS**.  As provided for under the Local Rules of Practice of this Court, the Court will consider the imposition of sanctions against any attorney or party appearing *pro se* who: (1) fails to timely file trial briefs, suggested *voir dire* questions and proposed jury instructions or proposed Findings of Fact and Conclusions of Law, whichever is applicable, as prescribed by this Order or any Order establishing the time for such filings; (2) fails to comply with the provisions of this Order, including but not limited to the failure to appear for Calendar Call without first having

been excused by the Court or the Courtroom Administrator with the permission of the Court; or (3) fails to timely comply with any other Order that schedules deadlines for trial preparation.

18.  **TRIAL JUDGE**.  Although the cases listed on the attached trial calendar are assigned to the undersigned, cases may proceed to trial before another District Court Judge for the District of Nevada or a visiting District Court Judge.

19.  **CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**.  All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment resulting in a trial before a Magistrate Judge shall be taken directly to the United States Court of Appeals.

19.  **CONTACT PERSON.**  All questions and information regarding the trial calendar are to be directed to Melissa Johansen, Courtroom Administrator at 702-464-5415 or Melissa_Johansen@nvd.uscourts.gov.

20.  **THE DATE** of the Clerk's file mark shall constitute the date of this Order.


IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 6C

**WEDNESDAY, MAY 11, 2016**

PRESENT:
THE HONORABLE ANDREW P. GORDON, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Melissa Johansen | | Heather Newman |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:45 A.M.**

| | |
|---|---|
| 2:12-cr-00327-APG-VCF | UNITED STATES OF AMERICA |
| | v. |
| **CALENDAR CALL** | GREGORY J. OLSON (1) |
| | (On Release) |
| | |
| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| J. Damm, AUSA | Kathleen Bliss, CJA |

...................................................................................................................................................

| | |
|---|---|
| 2:15-cr-00016-APG-PAL | UNITED STATES OF AMERICA |
| | v. |
| **CALENDAR CALL** | COREY TERRELL ROWE (1) |
| | (In Custody) |
| | |
| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Phillip Smith, AUSA | Kevin Stolworthy, CJA |

...................................................................................................................................................

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 6C

**WEDNESDAY, MAY 11, 2016**

PRESENT:
THE HONORABLE ANDREW P. GORDON, U.S. DISTRICT JUDGE

| Melissa Johansen | | Heather Newman |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:45 A.M.**

| 2:15-cr-00334-APG-NJK | UNITED STATES OF AMERICA |
|---|---|
| | v. |
| **CALENDAR CALL** | REGINALD WEAVER (1) |
| | (In Custody) |
| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Cristina Silva, AUSA | Paul Riddle, Esq. |

| 2:16-cr-00071-APG-PAL | UNITED STATES OF AMERICA |
|---|---|
| | v. |
| **CALENDAR CALL** | GARETH DAVID LONG (1) |
| | (On Bond) |
| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Crane Pomerantz, AUSA | Ryan Norwood, AFPD |
| John Burke, AUSA | |
| Ehren Reynolds, AUSA | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 6C

**WEDNESDAY, MAY 11, 2016**

PRESENT:
THE HONORABLE ANDREW P. GORDON, U.S. DISTRICT JUDGE

| Melissa Johansen | | Heather Newman |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:45 A.M.**

2:16-cr-00096-APG-CWH                UNITED STATES OF AMERICA
                                                           v.
**CALENDAR CALL**                    FRANCISCO RUIZ ALVAREZ (1)
                                                           (In Custody)
                                                           INTERPRETER

COUNSEL FOR GOVERNMENT:         COUNSEL FOR DEFENDANT:

Pamela Martin, AUSA                        Rebecca Levy, Esq.

...................................................................................................................

**CALENDAR CALL**                    ARIAN LLAMAS MADERA (2)
                                                           (In Custody)

COUNSEL FOR GOVERNMENT:         COUNSEL FOR DEFENDANT:

Pamela Martin, AUSA                        Michael Miceli, CJA

...................................................................................................................

Prepared Wednesday, April 27, 2016  9:08:23AM