UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>v.<br><br>GARETH DAVID LONG,<br><br>                         Defendant. | Case No. 2:16-cr-00071-APG-PAL<br><br>ORDER<br><br>(Mot Ext Time – ECF No. 43) |

Before the court is defendant's Motion for Two Week Extension of Motion Deadline (ECF No. 43). The court has considered the motion and the government's Response (ECF No. 44) which "consents to the requested extension to avoid unnecessary litigation or a hearing on the motion when the requested time period has already lapsed." However, the government opposes any additional delay of the February 11, 2019 trial. The motion was filed on the deadline for filing pretrial motions and is not timely. The deadlines for filing motions and trial date have been extended three times. Long filed a Motion to Dismiss (ECF No. 45) on October 29, 2018. The court will grant Long leave to file his untimely motion to dismiss but will deny leave to file any other pretrial motions.

**IT IS ORDERED** that defendants Motion for Two Week Extension of Motion Deadline (ECF No. 43) is **GRANTED** as to the Motion to Dismiss (ECF No. 45) filed October 29, 2018 only.

DATED this 2nd day of November 2018.

                                                      PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE