Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin M. Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Gareth David Long

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Gareth David Long,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00071-APG-PAL<br><br>**Stipulation to Continue Briefing Deadline**<br>**(First Request)**<br><br>**ORDER** |

The parties stipulate that the April 19, 2019, deadline for Long's reply to the government's response to Long's motion to continue trial be continued to April 24, 2019. This is the first request for a continuance of the reply deadline.

DATED: April 18, 2019

RENE L. VALLADARES　　　　　　　　　　NICHOLAS A. TRUTANICH
Federal Public Defender　　　　　　　　　　United States Attorney


　*/s/ Erin M. Gettel*　　　　　　　　　　　　*/s/ Ehren Reynolds*
By_____　　By_____
ERIN M. GETTEL　　　　　　　　　　　　EHREN REYNOLDS
Assistant Federal Public Defender　　　　　Trial Attorney, United States Department of Justice

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Gareth David Long,<br><br>    Defendant. | Case No. 2:16-cr-00071-APG-PAL<br><br>**Order** |

IT IS THEREFORE ORDERED that Long's reply to the government's response to Long's motion to continue trial is continued to April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 19, 2019.