UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARETH DAVID LONG,<br><br>Defendant. | Case No. 2:16-CR-00071-APG-EJY<br><br>**ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant Gareth David Long's Motion to Modify Conditions of Release (the "Motion"; ECF No. 71). The Court has read and considered the Motion as well as Plaintiff United States of America's Response (ECF No. 73).

Specifically, Defendant Long's Motion seeks an order modifying the conditions of his pretrial release as set forth in ECF No. 13. That is, Defendant Long seeks to be allowed to travel outside of Clark County, Nevada, to California, Arizona, Utah, and Texas for work purposes ("to supervise and manage transportation at selected events" related to his bus company). The Government does not object to the proposed modification with the limitations and restrictions described in Defendant's Motion.

For the reasons stated above, IT IS HEREBY ORDERED that Defendant's Motion to Modify Conditions of Release (ECF No. 71) is **GRANTED** as follows: Defendant shall be allowed to travel to California, Arizona, Utah, and Texas for a maximum of two weekends each month; Defendant shall notify his pretrial services officer each time he travels outside Clark County, Nevada; Defendant shall provide a specific itinerary to pretrial services detailing the location to which he is traveling; and, Defendant's notice shall include his departure and return dates.

All remaining conditions of his pretrial release, as set forth in EFC No. 13, shall remain in full force and effect.

Dated this 12th day of August, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE