NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-071-APG-EJY |
| Plaintiff, | **Motion to Participate in Sentencing Hearing by Telephone** |
| v. | |
| GARETH DAVID LONG, | |
| Defendant. | |

The United States of America moves this Honorable Court for an Order to allow Assistant United States Attorney Daniel D. Hollingsworth to participate in the sentencing hearing scheduled for April 1, 2020, at 2 pm, by telephone.

The grounds for allowing participation by telephone are that undersigned counsel's supervisor placed him under quarantine due to potential exposure to the COVID-19 virus.

Dated: March 18, 2020.

                                                Respectfully submitted,

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                _/s/ Daniel D. Hollingsworth_
                                                DANIEL D. HOLLINGSWORTH
                                                Assistant United States Attorney

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARETH DAVID LONG,<br><br>Defendant. | 2:16-CR-071-APG-EJY<br><br>**Order to Participate in Sentencing Hearing by Telephone** |

The United States' Motion for Assistant United States Attorney Daniel D. Hollingsworth to participate in the sentencing hearing on April 1, 2020, at 2 pm, by telephone is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 19, 2020.