NICHOLAS A. TRUTANICH
United States Attorney
JOHN W. BURKE
EHREN P. REYNOLDS
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  (202) 353-2001 (Burke)
      (202) 598-8339 (Reynolds)
Fax:  (202) 514-8742
Josh.Burke@usdoj.gov
Ehren.Reynolds@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARETH DAVID LONG,<br><br>Defendant. | Case No. 2:16-cr-071-APG-PAL<br><br>**Motion to Participate in Sentencing Hearing by Telephone**<br><br>**ORDER** |

The United States of America moves this Honorable Court for an Order to allow government counsel to participate in the sentencing hearing scheduled for June 22, 2020, at 2pm, by telephone.

The grounds for allowing participation by telephone are as follows:

1. The lead attorneys for the Government, John W. Burke and Ehren P. Reynolds, are Trial Attorneys with the Consumer Protection Branch of the Department of Justice based in Washington, D.C. In light of the coronavirus pandemic, the attorneys for the Government have been instructed to limit travel and to seek leave from courts to appear by telephone or videoconference whenever possible.

2. To avoid the health risks associated with air travel and hotels during the pandemic, the attorneys for the Government seek leave to participate in the sentencing hearing by telephone.

DATED this 3rd day of June, 2020.

                        NICHOLAS A. TRUTANICH
                        United States Attorney


                        By   /s/ John W. Burke
                        JOHN W. BURKE
                        Trial Attorney
                        United States Department of Justice

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARETH DAVID LONG,<br><br>　　　　　Defendant. | Case No. 2:16-cr-071-APG-PAL<br><br>Order to Participate in Sentencing Hearing by Telephone |

## **ORDER**

The United States' Motion for Trial Attorneys John W. Burke and Ehren P. Reynolds to participate in the sentencing hearing on June 22, 2020, at 2pm, by telephone is **GRANTED.**

Dated: June 3, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3