RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577

Attorneys for Gareth David Long

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:16-cr-071-APG-EJY |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO RETURN** |
| vs. ) | **DEFENDANT'S PASSPORT** |
| ) | |
| GARETH DAVID LONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant, GARETH DAVID LONG, by and through his counsel of record, Brian Pugh, Assistant Federal Public Defender, submits this Motion to Return Defendant's Passport. This motion is based on the attached Memorandum of Points and Authorities.

DATED this 9th day of December 2020.

                                       RENE VALLADARES
                                       Federal Public Defender

                                       */s/ Brian Pugh*
                             By_____
                                       BRIAN PUGH,
                                       Assistant Federal Public Defender

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 23, 2020, this Court sentenced Mr. Long to 70 months custody in the Bureau of Prisons ("BOP"). ECF No. 101. Mr. Long is now serving his sentence at Giles W. Dalby CI in Post, Texas. Upon completion of his sentence, Mr. Long will be deported to his country of citizenship, the United Kingdom (UK). Mr. Long has an expired UK passport that is in the possession of Pretrial Services. Mr. Long believes that it will be easier to renew his UK passport if he has his expired passport when he is returned to the UK. He requests that this Court order the return of his passport and that it be mailed[1] to his wife, Lacy Long. Mrs. Long has moved to Texas to be near Mr. Long and plans to move to the UK when Mr. Long is deported.

Pretrial Services confirmed that Mr. Long's passport is expired. Pretrial Services has no objection to returning Mr. Long's expired passport.

The government does not oppose returning Mr. Long's expired passport.

Wherefore, Mr. Long respectfully requests that this Court order Pretrial Services to return Mr. Long's passport by mailing it to his wife, Lacy Long.

Respectfully submitted this 9th day of December 2020.

**IT IS SO ORDERED.**

/s/ (signature)
**U.S. MAGISTRATE JUDGE**

**Dated: December 9, 2020**

RENE VALLADARES
Federal Public Defender

By: /s/ *Brian Pugh*
BRIAN PUGH
Assistant Federal Public Defender

---

[1] Mrs. Long's mailing address will be provided directly to Pretrial Services to not disclose it in this public filing.

2